PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Buenaventura Sanz  **Docket Number:** 03-00465-001
  **PACTS Number:** 32841

**Name of Sentencing Judicial Officer:** HONORABLE Katharine S. Hayden

**Date of Original Sentence:** 10/28/2003

**Original Offense:** Controlled Sub-Sell, Distribute, Or Dispense

**Original Sentence:** 70 months imprisonment; 3 years supervised release.

**Type of Supervision:** Supervised Release  **Date Supervision Commenced:** 4/23/07

**Assistant U.S. Attorney:** John M. Vazquez, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Anthony J. Randazzo, Esq., 1135 Clifton Avenue, Clifton, NJ 07013, (973) 249-5111

---

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
| | This office was advised on October 30, 2009, that the offender was arrested in New York on October 25, 2009, and charged with Driving While Intoxicated and Operating a Vehicle while Under the Influence (.08% BAC). |
| 2 | The offender has violated the supervision condition which states '**You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.**' |
| | The offender was arrested in New York on October 25, 2009. To date, the offender has not contacted this office to notify of the arrest. |
| 3 | The offender has violated the supervision condition which states '**You shall not leave the judicial district without the permission of the Court or Probation Officer.**' |

PROB 12C - Page 2
Buenaventura Sanz

On October 25, 2009, the offender was arrested in New York City, NY. The offender never requested permission to leave the judicial district of New Jersey on that date.

I declare under penalty of perjury that the foregoing is true and correct.

By: Patricia C. Jensen
U.S. Probation Officer Assistant
Date: November 2, 2009

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[X] The Issuance of a Summons.  Date of Hearing: 12/7/09 @ 2:00
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

11/13/09
Date