PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Buenaventura Sanz                                    Cr.: 03-CR-465-01
                                                                        PACTS Number: 32841

Name of Sentencing Judicial Officer: The Honorable Katherine S. Hayden, U.S.D.J.

Date of Original Sentence: 10/23/03

Original Offense: Distribution of Heroin

Original Sentence: 70 months of imprisonment, 3 years of supervised release

Type of Supervision: Supervised Release                          Date Supervision Commenced: 4/23/07

## PETITIONING THE COURT

[ ]  To extend the term of supervision for      Years, for a total term of      Years.
[X]  To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall refrain from the use of alcohol and shall submit to testing to ensure compliance. It is further ordered that the defendant submit to evaluation and treatment as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.

The defendant is to be confined to his residence for a period of 30 days commencing at the direction of the U.S. Probation Office. The defendant shall be required to be at this residence at all times except for approved absences for gainful employment, community service, religious services, medical care, educational or training programs and at other such times as may be specifically authorized by the U.S. Probation Office. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures. The defendant shall permit the probation officer access to the residence at all times and maintain a telephone at the residence without any custom services or portable, cordless equipment. The defendant shall comply with any other specific conditions of home confinement as the probation officer requires.

PROB 12B - Page 2
Buenaventura Sanz

## CAUSE

The offender was arrested and charged with Driving While Intoxicated in New York on October 25, 2009. The offender has agreed to be monitored for three (3) months, twenty-four (24) hours a day for his alcohol intake, attend five (5) AA meetings per week and be placed on electronic monitoring home confinement for thirty (30) days as a sanction for his actions.

Respectfully submitted,

By: Patrick Hauersley
U.S. Probation Officer
Date: 12/7/09

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

12/7/09
Date